UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEROY HAYES,

      Plaintiff,

-against-

CITY OF NEW YORK; MARTIN HORN; CAROLYN THOMAS; WARDENS MICHAEL HOURIHANE, WILLIAM THOMAS, ROBERT SHAW AND FRANK SQUILLANTE; ASSISTANT DEPUTY WARDEN JOHN MURDOCH; CAPTAINS EDWIN CABAN, NELSON AND SPEARS; OFFICERS ROBERT ANTHONY, CHAPMAN, DAVIS, LYNCH, RAVEN, JOSE RIVERA, RODRIGUEZ, JOHN DOES 1 AND 2 AND JANE DOE; ESU CAPTAIN DOES 1 AND 2; ESU OFFICERS GATTO AND VALENTIN; AND ESU OFFICER DOES 1-18,

      Defendants.

**AFFIDAVIT OF SERVICE**

07 Civ. 9807

  I John Clancy, being duly sworn, depose and say that I am over the age of eighteen years, not a party to this action, and am in the employ of Hughes Hubbard & Reed, LLP.

  That on November 29, 2007 at 11:50 am, deponent served true copies of the **SUMMONS IN A CIVIL CASE, COMPLAINT, INDIVIDUAL RULES OF THE HONORABLE ALVIN K. HELLERSTEIN, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE ANDREW J. PECK, PROCEDURES FOR ELECTRONIC CASE FILING, 3RD AMENDED INSTRUCTIONS FOR FILING ELECTRONIC CASE OR APPEAL, PRESS RELEASE OF JUNE 1, 2004, STANDING ORDER OF DECEMBER 18, 2002** by hand upon:

  Warden William Thomas
  Department of Corrections
  60 Hudson Street
  New York, New York, 10013

10889446_1.DOC

      By personally leaving true copies to and leaving them with Officer Bartley who stated that she was authorized to accept service on behalf of Warden William Thomas.

      Officer Bartley can be described as a black female, approximately 30 years of age, approximately 5'6" and 145 pounds with black hair.

_____<br>John R. Clancy

Sworn to before me this
3rd day of December 2007

_____
Notary Public

PATRICIA E. SMITH
Notary Public, State of New York
No. 1SM4796951
Qualified in Richmond County
Certificate Filed in New York County
Commission Expires March 30, 20 11

10889446_1.DOC