UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEROY HAYES,

                Plaintiff,

-against-

CITY OF NEW YORK; MARTIN HORN; CAROLYN THOMAS; WARDENS MICHAEL HOURIHANE, WILLIAM THOMAS, ROBERT SHAW AND FRANK SQUILLANTE; ASSISTANT DEPUTY WARDEN JOHN MURDOCH; CAPTAINS EDWIN CABAN, NELSON AND SPEARS; OFFICERS ROBERT ANTHONY, CHAPMAN, DAVIS, LYNCH, RAVEN, JOSE RIVERA, RODRIGUEZ, JOHN DOES 1 AND 2 AND JANE DOE; ESU CAPTAIN DOES 1 AND 2; ESU OFFICERS GATTO AND VALENTIN; AND ESU OFFICER DOES 1-18,

                Defendants.

**AFFIDAVIT OF SERVICE**

07 Civ. 9807

    I John Clancy, being duly sworn, depose and say that I am over the age of eighteen years, not a party to this action, and am in the employ of Hughes Hubbard & Reed, LLP.

    That on November 29, 2007 at 11:30 am, deponent served true copies of the **SUMMONS IN A CIVIL CASE, COMPLAINT, INDIVIDUAL RULES OF THE HONORABLE ALVIN K. HELLERSTEIN, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE ANDREW J. PECK, PROCEDURES FOR ELECTRONIC CASE FILING, 3RD AMENDED INSTRUCTIONS FOR FILING ELECTRONIC CASE OR APPEAL, PRESS RELEASE OF JUNE 1, 2004, STANDING ORDER OF DECEMBER 18, 2002** by hand upon:

    THE CITY OF NEW YORK
    100 CHURCH STREET, 4TH FLOOR
    NEW YORK, NEW YORK

10889446_1.DOC

By personally leaving true copies to and leaving them with a clerk at the intake window for Corporation Counsel of The City Of New York at 100 Church Street, 4th floor, New York, New York. The clerk stated that she was authorized to accept service on behalf of Corp Counsel of The City of New York.

The intake clerk can be described as a black female, approximately 28 years of age, approximately 5'7" and 130 pounds with black hair.

_____
John R. Clancy

Sworn to before me this
3rd day of ~~November~~ 2007
         December

_____
Notary Public

PATRICIA E. SMITH
Notary Public, State of New York
No. 1SM4796951
Qualified in Richmond County
Certificate Filed in New York County
Commission Expires March 30, 20 11

10889446_1.DOC