```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 2/15/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
LEROY HAYES,                                                 :
                                                             :   **ORDER GRANTING STAY**
                              Plaintiff,                     :   **PENDING RESOLUTION OF**
            -against-                                        :   **CRIMINAL PROCEEDINGS**
                                                             :
CITY OF NEW YORK, et al.,                                    :   07 Civ. 9807 (AKH)
                                                             :
                              Defendants.                    :
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Defendants' request for a stay in this case, pending resolution of parallel state court criminal proceedings against plaintiff in the Supreme Court of New York, Bronx County, is hereby granted until August 15, 2008, or ten days after judgment is entered in the state court proceedings, whichever is earlier.

      SO ORDERED.

Dated:     February __15__, 2008
                New York, New York

                                                ALVIN K. HELLERSTEIN
                                                United States District Judge