**United States District Court**
**Southern District of New York**

---

HAYES ) Index No.: 07 Civ. 9807(AHK)
)
)
)
Plaintiff ) **AFFIDAVIT OF SERVICE**
v. )
CITY OF NEW YORK, ET AL. )
)
)
Defendant )

---

STATE OF New York: COUNTY OF New York    ss:

I, HARLIN PARKER, being duly sworn depose and say deponent is not a party to this action and is over the age of eighteen years and resides in the state of New Jersey.   That on JANUARY 25, 2008 at 12:00 PM at 16-16 HAZEN STREET, E. ELMHURST, NY 11370, deponent served the within SUMMONS AND COMPLAINT, INDIVIDUAL RULES OF JUDGE HELLERSTEIN, INDIVIDUAL RULES OF MAGISTRATE PECK, ECF PROCEDURES AND GUIDELINES, WITH INSTRUCTIONS AND ORDER on C.O. WILLIAM VALENTIN therein named (the intended recipient).

**SUITABLE AGE PERSON:**   By delivering a true copy of each to JOSEPH FERRAMOSCA, the COWORKER of C.O. WILLIAM VALENTIN, a person of suitable age and discretion.

On 2/1/2008 deponent also enclosed a copy of same in a postpaid sealed wrapper marked "personal and confidential" properly addressed to the above intended recipient at 16-16 HAZEN STREET, E. ELMHURST, NY 11370 and deposited said wrapper in a official depository under exclusive care and custody of the United States Postal Service within New York State. An additional copy was also mailed to 200 Perimeter Road, East Elmhurst, NY 11370.

**DESCRIPTION:**   Deponent further states that the description of the person actually served is as follows:
Gender: Male    Race/Skin: White    Hair: Black and White    Glasses: Yes    Approx. Age: 40    Height: 5'8"    Weight: 160

**COMMENTS:**

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Harlin Parker, Lic. #793198
Target Research LLC
20 Vesey Street, PH
New York, NY 10007
(212) 227-9600

Executed on: 2/8/08

Subscribed and sworn to before me, a notary public, on this ___8th___ day of ___February___, 2008.
_____ My Commission Expires: 3/28/09
Notary Public

CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124768
Qualified in New York County
Commission Expires March 28, 2009

Target Research LLC  •  20 Vesey Street, PH, New York, NY 10007  •  (212) 227-9600