**United States District Court**
**Southern District of New York**

------------------------------------------------------------------

HAYES

                Plaintiff
      v.
CITY OF NEW YORK, ET AL.

                Defendant

) Index No.: 07 Civ. 9807(AHK)
)
) **AFFIDAVIT OF SERVICE**

------------------------------------------------------------------

STATE OF New York: COUNTY OF New York        ss:

I, HARLIN PARKER, being duly sworn depose and say deponent is not a party to this action and is over the age of eighteen years and resides in the state of New Jersey. That on JANUARY 18, 2008 at 1:10 PM at NORTH INFIRMARY COMMAND, 15-00 HAZEN STREET, EAST ELMHURST, NY 11370, deponent served the within SUMMONS AND COMPLAINT, INDIVIDUAL RULES OF JUDGE HELLERSTEIN, INDIVIDUAL RULES OF MAGISTRATE PECK, ECF PROCEDURES AND GUIDELINES, WITH INSTRUCTIONS AND ORDER on JOHN MURDOCH, ASSISTANT DEPUTY WARDEN therein named (the intended recipient).

**SUITABLE AGE PERSON:** By delivering a true copy of each to V. WOMACK, the COWORKER of JOHN MURDOCH, ASSISTANT DEPUTY WARDEN, a person of suitable age and discretion. Said premises is intended recipient's place of business within the state.

On 1/24/2008 deponent also enclosed a copy of same in a postpaid sealed wrapper marked "personal and confidential" properly addressed to the above intended recipient at NORTH INFIRMARY COMMAND, 15-00 HAZEN STREET, EAST ELMHURST, NY 11370 and deposited said wrapper in a official depository under exclusive care and custody of the United States Postal Service within New York State.

**DESCRIPTION:** Deponent further states that the description of the person actually served is as follows:
Gender: Female    Race/Skin: Black    Hair: Black    Glasses: Yes    Approx. Age: 35    Height: 5'5"
Weight: 140

**COMMENTS:**
I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Harlin Parker, Lic. #793198
Target Research LLC
20 Vesey Street, PH
New York, NY 10007
(212) 227-9600

Executed on: 2/8/08

Subscribed and sworn to before me, a notary public, on this _8th_ day of _February_, 2008.

Notary Public    My Commission Expires: 3/28/09

O SULLIVAN
STATE OF NEW YORK
6124768
New York County

Target Research LLC • 20 Vesey Street, PH, New York, NY 10007 • (212) 227-9600