**United States District Court**
**Southern District of New York**

---

HAYES

                         Plaintiff
                     v.
CITY OF NEW YORK, ET AL.

                       Defendant

) Index No.: 07 Civ. 9807(AHK)
)
) **AFFIDAVIT OF SERVICE**

---

STATE OF New York: COUNTY OF New York     ss:

I, HARLIN PARKER, being duly sworn depose and say deponent is not a party to this action and is over the age of eighteen years and resides in the state of New Jersey. That on JANUARY 18, 2008 at 12:20 PM at 09-09 HAZEN STREET, EAST ELMHURST, NY 11370, deponent served the within SUMMONS AND COMPLAINT, INDIVIDUAL RULES OF JUDGE HELLERSTEIN, INDIVIDUAL RULES OF MAGISTRATE PECK, ECF PROCEDURES AND GUIDELINES, WITH INSTRUCTIONS AND ORDER on C.O. CHAPMAN therein named (the intended recipient).

**SUITABLE AGE PERSON:** By delivering a true copy of each to V. VERIS, the COWORKER of C.O. CHAPMAN, a person of suitable age and discretion. Said premises is intended recipient's place of business within the state.

On 1/24/2008 deponent also enclosed a copy of same in a postpaid sealed wrapper marked "personal and confidential" properly addressed to the above intended recipient at 09-09 HAZEN STREET, EAST ELMHURST, NY 11370 and deposited said wrapper in a official depository under exclusive care and custody of the United States Postal Service within New York State.

**DESCRIPTION:** Deponent further states that the description of the person actually served is as follows:
Gender: Female     Race/Skin: Black     Hair: Black     Glasses: No     Approx. Age: 40     Height: 5'4"
Weight: 200

**COMMENTS:**

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Harlin Parker, Lic. #793198
Target Research LLC
20 Vesey Street, PH
New York, NY 10007
(212) 227-9600

Executed on: 2/8/08

Subscribed and sworn to before me, a notary public, on this 8TH day of February, 2008.
Notary Public
My Commission Expires: 3/28/09

CHRISTINA O'SULLIVAN
PUBLIC-STATE OF NEW YORK
No. 01OS6124768
Qualified in New York County
Commission Expires March 28, 2009

Target Research LLC • 20 Vesey Street, PH, New York, NY 10007 • (212) 227-9600