**United States District Court**
**Southern District of New York**
--------------------------------------------------------------------

HAYES

                           Plaintiff
                            v.
CITY OF NEW YORK, ET AL.

                        Defendant

) Index No.: 07 Civ. 9807(AHK)
)
)
)
) **AFFIDAVIT OF SERVICE**
)
)
)
)
)

--------------------------------------------------------------------

STATE OF New York: COUNTY OF New York    ss:

I, HARLIN PARKER, being duly sworn depose and say deponent is not a party to this action and is over the age of eighteen years and resides in the state of New Jersey.   That on JANUARY 25, 2008 at 12:00 PM at 16-16 HAZEN STREET, E. ELMHURST, NY 11370, deponent served the within SUMMONS AND COMPLAINT, INDIVIDUAL RULES OF JUDGE HELLERSTEIN, INDIVIDUAL RULES OF MAGISTRATE PECK, ECF PROCEDURES AND GUIDELINES, WITH INSTRUCTIONS AND ORDER on C.O. GREGORY GATTO therein named (the intended recipient).

**SUITABLE AGE PERSON:**   By delivering a true copy of each to JOSEPH FERRAMASCO, the COWORKER of C.O. GREGORY GATTO, a person of suitable age and discretion.

On 2/1/2008 deponent also enclosed a copy of same in a postpaid sealed wrapper marked "personal and confidential" properly addressed to the above intended recipient at 16-16 HAZEN STREET, E. ELMHURST, NY 11370 and deposited said wrapper in a official depository under exclusive care and custody of the United States Postal Service within New York State. An additional copy was also mailed to 200 Perimeter Road, East Elmhurst, NY 11370.

**DESCRIPTION:**  Deponent further states that the description of the person actually served is as follows:
Gender: Male    Race/Skin: White    Hair: Black and White    Glasses: Yes    Approx. Age: 40    Height: 5'8"
Weight: 160

**COMMENTS:**

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Harlin Parker, Lic. #793198                   2/8/08
Target Research LLC                   Executed on:

20 Vesey Street, PH
New York, NY 10007
(212) 227-9600

Subscribed and sworn to before me, a notary public, on this _____ 5TH _____ day of _____ February _____, 2008.
_____    My Commission Expires: 3/28/09
Notary Public

                  ...NA O'SULLIVAN
                  ...IC-STATE OF NEW YORK
                  ..OS6124768
                  ... New York County
                  ... ...ires March 28, 2009