**United States District Court**
**Southern District of New York**

---

| | |
|---|---|
| HAYES | ) Index No.: 07 Civ. 9807(AHK) |
| | ) |
| Plaintiff | ) **AFFIDAVIT OF SERVICE** |
| v. | ) |
| CITY OF NEW YORK, ET AL. | ) |
| | ) |
| Defendant | ) |

---

STATE OF  New York: COUNTY OF  New York      ss:

I, MARVIN COHEN, being duly sworn depose and say deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.   That on FEBRUARY 19, 2008 at 1:22 PM at RIKERS ISLAND JUDICIAL CENTER, EAST ELMHURST, NY, deponent served the within SUMMONS AND COMPLAINT, INDIVIDUAL RULES OF JUDGE HELLERSTEIN, INDIVIDUAL RULES OF MAGISTRATE PECK, ECF PROCEDURES AND GUIDELINES, WITH INSTRUCTIONS AND ORDER on CAPTAIN SPEARS, DEFENDANT, therein named.

**INDIVIDUAL:**  By delivering a true copy of each to said individual personally, deponent knew the person so served to be the person described as said person therein.

**DESCRIPTION:**  Deponent further states that the description of the person actually served is as follows:
Gender: Male      Race/Skin: Black      Hair: Black      Glasses: No      Approx. Age: 50      Height: 5'8"      Weight: 180

**COMMENTS:**

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Marvin Cohen, Lic. #0867318
Target Research LLC
20 Vesey Street, PH
New York, NY 10007
(212) 227-9600

Subscribed and sworn to before me, a notary public, on this ___26___ day of ___February___, 2008.

_____
Notary Public

My Commission Expires: 3/28/09

CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124768
Qualified In New York County
Commission Expires March 28, 2009

Target Research LLC  •  20 Vesey Street, PH, New York, NY 10007  •  (212) 227-9600